United States District Court
Southern District of Texas
**ENTERED**
July 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ALYSSA SOSA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:25-CV-00013 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Upon consideration of Defendant, United Sates of America's Opposed Motion to extend the deadline for Defendant's Expert disclosure set for June 29, 2026, and to extend the discovery completion deadline set for August 31, 2026, by sixty (60) days of its current settings (Dkt. No. 35), this Court is of the opinion that good cause exists for the request. It is hereby:

**ORDERED** that Defendant's motion is **GRANTED**;

**ORDERED** that Defendant's Expert disclosure deadline set for June 29, 2026, is extended by sixty (60) days of its current setting;

**ORDERED** that the Discovery completion deadline set for August 31, 2026 is extended by sixty (60) days of its current setting.

SO ORDERED July 29, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge